UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ARISA HUMPHREY                            NO. 15-17524 JKF
                                              CHAPTER 13

PRAECIPE TO WITHDRAW PROOF OF CLAIM NO. 7
OF FORD MOTOR CREDIT COMPANY, LLC

TO THE CLERK:

Please mark the Proof of Claim No. 7 of Ford Motor Credit Company, LLC, as

Withdrawn.


Date: August 2, 2016

                                 GERSHMAN LAW OFFICES, PC



                                 Howard Gershman, Esquire
                                 610 York Road, Ste. 200
                                 Jenkintown, PA 19046
                                 (215) 886-1120


COPY TO:
Michael A. Latzes, Esquire