## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|     Arisa Humphrey, a/k/a/ | : |
|     Arisa Philson | : |
|             **Debtor(s)** | : NO.   15-17524 JKF |

### CERTIFICATE OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Second Amended Chapter 13 Plan was mailed either first class mail, postage prepaid or electronically on August 2, 2016, to all interested parties.


8-2-16                                                                             /s/    MICHAEL A. LATZES
DATE                                                                          MICHAEL A. LATZES, ESQUIRE
                                                                                  Attorney for Debtor