IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Arisa Humphrey : CHAPTER 13
    a/k/a Arisa Philson :
        Debtor : NO. 15-17524 JKF

O R D E R

AND NOW, this 3rd day of August, 2016, after notice and hearing, it is hereby ORDERED that debtor's Objection to WELLS FARGO BANK, N.A.'S PROOF OF CLAIM (#17) is SUSTAINED AND THE CLAIM, THEREFORE, IS DISALLOWED. The June 23, 2016 Order regarding this claim is hereby VACATED.

BY THE COURT:

_Ellen K. FitzSimon_