United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Arisa Humphrey  
    Debtor

Case No. 15-17524-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Aug 03, 2016  
                  Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2016.
```
db            +Arisa Humphrey,    6525 N. 9th Street,    Philadelphia, PA 19126-3725
13691289       Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA   50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2016 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor   U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
           agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          HOWARD   GERSHMAN    on behalf of Creditor   Ford Motor Credit Company LLC hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          MICHAEL A. LATZES    on behalf of Debtor Arisa  Humphrey efiling@mlatzes-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
```
                                                                                                                                                                                     TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Arisa Humphrey                : CHAPTER 13
    a/k/a Arisa Philson              :
        Debtor                    : NO. 15-17524 JKF

O R D E R

AND NOW, this 3rd day of August, 2016, after notice and hearing, it is hereby ORDERED that debtor's Objection to WELLS FARGO BANK, N.A.'S PROOF OF CLAIM (#17) is SUSTAINED AND THE CLAIM, THEREFORE, IS DISALLOWED. The June 23, 2016 Order regarding this claim is hereby VACATED.

BY THE COURT:

_____
Jean K. FitzSimon