UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

ARISA HUMPHREY

NO. 15-17524 JKF
CHAPTER 13

PRAECIPE TO WITHDRAW OBJECTION OF FORD MOTOR CREDIT COMPANY, LLC TO CHAPTER 13 PLAN AND CONFIRMATION [DOCUMENT NO. 23]

TO THE CLERK:

Please mark the Objection of Ford Motor Credit Company, LLC to Confirmation of Debtor's Plan as Withdrawn, [Document No. 23].

Date: September 13, 2016

GERSHMAN LAW OFFICES, PC

Howard Gershman, Esquire
610 York Road, Ste. 200
Jenkintown, PA 19046
(215) 886-1120

COPY TO:
Michael A. Latzes, Esquire