United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Arisa Humphrey  
    Debtor

Case No. 15-17524-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Sep 15, 2016  
                 Form ID: 155      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2016.  
db          +Arisa Humphrey,    6525 N. 9th Street,    Philadelphia, PA 19126-3725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2016 at the address(es) listed below:  
         ANDREW F GORNALL    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...  
          agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         HOWARD  GERSHMAN    on behalf of Creditor    Ford Motor Credit Company LLC hg229ecf@gmail.com,  
          229ecf@glpoc.comcastbiz.net  
         MICHAEL A. LATZES    on behalf of Debtor Arisa  Humphrey efiling@mlatzes-law.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                        TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Arisa Humphrey
        Debtor(s)

Chapter: 13

Bankruptcy No: 15−17524−jkf

---

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this September 15 ,2016 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                        Jean K. FitzSimon
                        Judge ,
                        United States Bankruptcy Court

                                  50
                            Form 155