UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Arisa Humphrey | : |
| | : |
|    Debtor(s) | : NO.  15-17524 JKF |

CERTIFICATION OF NO OBJECTION OR RESPONSE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that he filed a Motion for Application of Counsel Fee and Reimbursement of Costs with the Clerk of the United States Bankruptcy Court and sent notice via first class mail or electronically on September 27, 2016, to the trustee and all interested parties.

Counsel certifies that more than twenty-one (21) days have elapsed since the serving of said notice and there have been no answer, objection or other responsive pleadings filed in the above- referenced case and therefore requests that this court award attorney compensation of $3,000.00.

 10-19-16                                                           /s/    MICHAEL A. LATZES
   Date                                                             MICHAEL A. LATZES, ESQUIRE
                                                                    1528 Walnut Street, Suite 700
                                                                    Philadelphia, PA   19102
                                                                    (215) 545-0200 (Phone)
                                                                    (215) 545-0668 (Fax)