UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:     ARISA HUMPHREY

Chapter 13
Case Number: 15-17524

**WITHDRAWAL OF PROOF OF CLAIM**

Creditor, American InfoSource LP as agent for Spot Loan, hereby withdraws its Proof of Claim, filed on 10/26/2015, marked as claim number 4 on the court's claims register, for the account number ending in 9272, and in the amount of $1,368.58.

Dated: 09/15/2017

/s/ Ashley Boswell

American InfoSource LP as agent for Spot Loan
PO Box 248838
Oklahoma City, OK  73124-8838

Reference Number: 5398317Withdraw

9272