IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Arisa Humphrey a/k/a | : |
| Arisa Philson | : |
| Debtor(s) | : NO.   15-17524 ELF |

CERTIFICATION OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Notice, Motion to Modify and Proposed Order were served either by first class mail, postage prepaid or electronically on April 1, 2019, to William C. Miller, Trustee, United States Trustee, all attorneys of record, debtor, Arisa Humphrey and all creditors listed on the Claim's Register.

 4-1-19                                                          /s/ MICHAEL A. LATZES, ESQUIRE
DATE                                                              MICHAEL A. LATZES, ESQUIRE
                                                                            Attorney for Debtor