# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    Arisa Humphrey :
:
    Debtor(s) : NO. 15-17524 ELF
:

## CERTIFICATE OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Amended Chapter 13 Plan Per Order to Modify and Amended Schedule J were mailed either first class mail, postage prepaid or electronically on April 24, 2019, to the U.S. Trustee, William C. Miller, Trustee, Arisa Humphrey, Debtor and all parties listed on the Claims Register or who have entered their appearances.

4-24-19                                                                             /s/ MICHAEL A. LATZES
DATE                                                               MICHAEL A. LATZES, ESQUIRE
                                                                        Attorney for Debtor