United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-17524-elf
Arisa Humphrey                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: May 01, 2019
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.
db         +Arisa Humphrey,   6525 N. 9th Street,   Philadelphia, PA 19126-3725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:
         ANDREW F GORNALL   on behalf of Creditor   U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
         agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
         HOWARD GERSHMAN   on behalf of Creditor   Ford Motor Credit Company LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
         KEVIN G. MCDONALD   on behalf of Creditor   U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
         bkgroup@kmllawgroup.com
         LEON P. HALLER   on behalf of Creditor   U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
         lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
         MICHAEL A. LATZES   on behalf of Debtor Arisa Humphrey efiling@mlatzes-law.com
         THOMAS I. PULEO   on behalf of Creditor   U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
         tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| ARISA HUMPHREY, | : | |
| Debtor | : | Bky. No.  15-17524 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #74 ) is **APPROVED**.

**Date: May 1, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**