United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                  Case No. 15-17524-elf

Arisa Humphrey                                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                             Page 1 of 3
Date Rcvd: Mar 16, 2021                     Form ID: 138NEW                         Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arisa Humphrey, 6525 N. 9th Street, Philadelphia, PA 19126-3725 |
| 13709940 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 13617419 | + | Child Care Information Services - NW, 6350 Greene Street, Ground Floor, Attn: Bankruptcy Dept., Philadelphia, PA 19144-2520 |
| 13640018 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company, LLC, Dept. 55953, P.O. Box 55000, Detroit, MI 48255-0953 |
| 13617421 | | Ford Credit, P.O. BOX 542000, Attn: Bankruptcy Dept., Omaha, NE 68154-8000 |
| 13617422 | + | Jeffrey M. Rosenbaum, Esquire, 1818 Market St., Suite 3200, Philadelphia, PA 19103-3632 |
| 13617423 | + | Joseph A. Ross, Esquire, Robert J. Casey, Jr. & Associates, Centre Squre West, 1500 Market Street, Suite2500, Philadelphia, PA 19102-2156 |
| 13620616 | + | MOHELA/Dept of Ed, 633 Spirit Dr, Chesterfield MO 63005-1243 |
| 13617424 | + | Marion Moody, 236 W. Sprice Street, Norristown, PA 19401-3838 |
| 13684184 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13687101 | + | Office of UC Benefits Policy, Department of Labor & Industry, Office of Chief Counsel, 651 Boas Street-10th Floor, Harrisburg, PA 17121-0751 |
| 13617425 | + | P.G.W., 800 W. Montgomery Avenue, Attn: Bankruptcy Dept., Philadelphia, PA 19122-2898 |
| 13714845 | + | U.S. BANK OF NATIONAL ASSOCIATION, Trustee for the, PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 13691289 | | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 13617430 | + | Wells Farto Financial National Bank, 800 Walnut Street, Attn: Bankruptcy Dept., Des Moines, IA 50309-3891 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 17 2021 05:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2021 05:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 17 2021 05:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 17 2021 04:49:13 | American InfoSource LP as agent for Spot Loan fka, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13622997 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 17 2021 04:21:51 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 13620806 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 17 2021 04:22:02 | American InfoSource LP as agent for, Spot Loan, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13617417 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Mar 17 2021 05:19:00 | Bureau of UC Beneifts and Allowance, P.O. BOX 67503, Attn: Bankrutpcy Dept., Harrisburg, PA 17106-7503 |

| Recipient # | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 13617418 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com<br>Mar 17 2021 04:48:33 | | Capital One, P.O. BOX 85015, Attn: Bankruptcy Dept., Richmond, VA 23285-5015 |
| 13710573 | + | Email/Text: megan.harper@phila.gov<br>Mar 17 2021 05:20:00 | | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13644700 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com<br>Mar 17 2021 04:21:05 | | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13619150 | + | Email/Text: bankruptcy@cavps.com<br>Mar 17 2021 05:20:00 | | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13617420 | + | Email/Text: megan.harper@phila.gov<br>Mar 17 2021 05:20:00 | | City of Philadelphia-Law Dept-Tax Unit, 1401 John F. Kennedy Blvd., 5th Floor, Attn: Bankruptcy Dept., Philadelphia, PA 19102-1617 |
| 13697778 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM<br>Mar 17 2021 04:22:02 | | Department Stores National Bank, c/o American InfoSource LP, PO Box 4457, Houston, TX 77210-4457 |
| 13647828 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Mar 17 2021 04:48:42 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13617426 | | Email/Text: blegal@phfa.org<br>Mar 17 2021 05:20:00 | | Pennsylvania Housing Finance Agency, 211 North Front Street, P.O. BOX 15057, Harrisburg, PA 17105-5057 |
| 13617427 | + | Email/Text: bankruptcy@philapark.org<br>Mar 17 2021 05:21:00 | | Philadelphia Parking Authority, 701 Market St., Suite 5400, Attn: Bankruptcy Dept., Philadelphia, PA 19106-2895 |
| 13629201 | + | Email/Text: bankruptcy@philapark.org<br>Mar 17 2021 05:21:00 | | Philadelphia Parking Authority, 701 Market St. Suite 5400, Philadelphia, PA 19106-2895 |
| 13617428 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com<br>Mar 17 2021 04:33:35 | | T-Mobile Bankruptcy Team, P.O. BOX 53410, Bellevue, WA 98015-3410 |
| 13619144 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov<br>Mar 17 2021 04:33:45 | | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 13617429 | | Email/Text: megan.harper@phila.gov<br>Mar 17 2021 05:20:00 | | Water Revenue Bureau, 1401 J.F.K. Blvd., Attn: Bankruptcy Dept., Philadelphia, PA 19102-1663 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 18, 2021        Signature:        /s/Joseph Speetjens

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Mar 16, 2021 Form ID: 138NEW Total Noticed: 35

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor U.S. BANK OF NATIONAL ASSOCIATION Et Al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| HOWARD GERSHMAN | on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. BANK OF NATIONAL ASSOCIATION Et Al... bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK OF NATIONAL ASSOCIATION Et Al... lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com |
| MICHAEL A. LATZES | on behalf of Debtor Arisa Humphrey efiling@mlatzes-law.com |
| THOMAS I. PULEO | on behalf of Creditor U.S. BANK OF NATIONAL ASSOCIATION Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Arisa Humphrey

    Debtor(s)

Bankruptcy No: 15−17524−elf

Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                      For The Court
                                      Timothy B. McGrath
                                      Clerk of Court

Dated: 3/16/21

                                                               85 − 83
                                                           Form 138_new